

**Troy Capital, LLC**
2660 S. Rainbow Blvd. Suite D-104
Las Vegas, NV 89146
Tel: 702-233-3302     Email: response@troycapital.us

Clerk's Office
J. Bratton Davis United States, Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC   29201-2423

Re: **Case #12-01674-dd**, duplicate claims on behalf of Troy Capital, LLC.

To Whom It May Concern:

This is a letter requesting that claim number 3 in the amount of $20,069.53 be withdrawn. Our law office, Korn Law Firm, has filed a separate claim on our behalf (number 11) and we would like for that claim to stand. Please do not hesitate to contact us at (702) 233-3302 should you have any questions.

Thank you.

Sincerely,

Geneviève Generaux
Administrative Assistant
Troy Capital, LLC